**MEMO ENDORSED**

*Initial conference
adjourned from
Jan 30 to
March 12, 2018 at
11:30 am.  SO ORDERED
[signature], USDJ
1-19-18*

**WILMERHALE**

January 9, 2018

**BY CM/ECF**

Christopher R. Noyes

+1 617 526 6000 (t)
+1 617 526 5000 (f)
christopher.noyes@wilmerhale.com

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *De Dandrade et al. v. United States Department of Homeland Security et al.,*
     Civil Action No. 1:17-cv-09604-PKC

Dear Judge Castel,

I write on behalf of all Plaintiffs in the above-captioned case.

Pursuant to the Court's Order dated December 27, 2017 (D.I. 24), the Initial Pretrial Conference in this case is scheduled for January 30, 2018, and the parties were directed to submit a joint letter five business days prior to the conference, *i.e.*, by January 23, 2018.  In accordance with the Court's December 27 Order, Plaintiffs sent a copy of the Court's Order to all Defendants by FedEx Priority Overnight delivery on Friday, December 29, 2017.  *See* D.I. 24 at ¶ 2.  To date, Plaintiffs have not yet been contacted by Defendants and counsel for Defendants have not appeared.  Counsel for Defendants must file a Notice of Appearance by January 30, 2018 (D.I. 24 at ¶ 3), and Defendants' Answer is due no later than February 26, 2018.

To provide Defendants an opportunity to appear, answer the complaint, and to meet and confer on the joint letter and Case Management Plan, Plaintiffs respectfully request adjournment of the Initial Pretrial Conference until at least March 12, 2018, which is fourteen days after the deadline for Defendants' Answer, consistent with Paragraph 1B of the Court's Individual Practices.

No previous requests for adjournment or extension of time of these deadlines have been requested.  Defendants have not appeared in the case and therefore have not consented to this request.  The requested adjournment does not affect any other scheduled dates.

Very truly yours,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-18

WILMERHALE

BY CM/ECF
Page 2


*/s/ Christopher R. Noyes*
Christopher R. Noyes
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800

*Counsel for Eduvigis A. Del Rosario*
*and Project Citizenship, Inc.*