# ALASKA IMMIGRATION JUSTICE PROJECT

431 WEST SEVENTH AVENUE, SUITE 208
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-2457
FAX: (907) 279-2450

March 7, 2018

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-8-18

RE:   *De Dandrade et al. v. United States Department of Homeland Security et al.,*
Civil Action No. 1:17-cv-09604-PKC

Dear Judge Castel:

As counsel to Plaintiff Chou Hang in the above case, I respectfully request to appear telephonically at the initial pretrial conference on March 12, 2018 at 11:30 a.m.

I have conferred with counsel of record, and no party has objected to the relief requested in this letter.

Thank you for your consideration.

Sincerely,

/s/ Jason Baumetz
Jason Baumetz
Alaska Immigration Justice Project
431 W. 7th Avenue, Suite 208
Anchorage, AK 99501
Tel: (907) 279-2457

Counsel for Plaintiff Chou Hang

Cc: All counsel of record (via ECF)

For reasons explained in *Williams v. A&E,* 2015 WL 778156 (Feb 11, 2015), the practice of a telephone appearance at the first conference is discouraged. Depending upon the number of participants at the conference, I may or may not have the ability to conduct a telephone conference with this large of a group. Mr. Baumetz is free to contact my deputy for the details of the conference if deemed feasible. I also would be pleased to adjourn the conference to accommodate Mr. Baumetz's travel schedule.

SO ORDERED. /s/ PKC USDJ
3-8-18