UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SORAYA FRANCES DE ANDRADE,

                        Plaintiff                      17-cv-9604 (PKC)

       -against-                               SCHEDULING ORDER

U.S. DEPARTMENT OF HOMELAND SECURITY,

                        Defendants.

-----------------------------------------------------------------x

CASTEL, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-18

        WHEREAS, defendant(s) has/have expressed an intent to move to dismiss the complaint pursuant to Rule 12(b)(1) and 12(b)(6), Fed. R. Civ. P., on the basis set forth in a pre-motion letter.

        WHEREAS, plaintiff(s) has/have been offered the opportunity to amend the pleading in response to the pre-motion letter, but does not wish to do so.

        NOW, therefore, as a result of a Rule 16 conference held today, the following is

        ORDERED:

        1.     Defendant(s) may file its motion to dismiss by April 20, 2018. Plaintiff(s) shall respond to the motion by May 18, 2018. Any reply by defendant(s) shall be filed by May 31, 2018.

-2-

2. Rule 16(b)(3)(A) provides that a Court's "scheduling order must limit the time to . . . amend the pleadings. . . ." Pursuant to that authority, the Court hereby limits the time to amend the complaint as of right or move to amend to the later of the following: (a) the date to amend as of right under Rule 15, Fed. R. Civ. P.; or (b) 21 days from the filing of the motion to dismiss.

3. Discovery is stayed pending the disposition of motion.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
3-12-18